DAVID C. ALLEN (SBN 190479)
HYONGSOON KIM (SBN 257019)
dallen@akingump.com
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:    310-229-1001

E-FILED 11-18-08

Attorneys for Defendants TIER ELECTRONICS, LLC and DIVERSIFIED TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - ROYBAL FEDERAL BLDG

| | |
|---|---|
| WIND OPTIONS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>RAM INDUSTRIES, LLC; RAM INDUSTRIES, INC., a Pennsylvania Corporation; TIER ELECTRONICS, LLC; DIVERSIFIED TECHNOLOGY, INC., a Mississippi Corporation,<br><br>         Defendants. | Case No. CIV 07-5931 GHK (AGRx)<br><br>**[PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT AS TO DIVERSIFIED TECHNOLOGY, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)** |

[PROPOSED] ORDER DIRECTING ENTRY OF FINAL JUDGMENT AS TO DIVERSIFIED TECHNOLOGY, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

07-CV-5931 GHK (AGRx)

**WHEREAS**, on August 12, 2008, Defendant Diversified Technology, Inc. ("DTI" or "Defendant") served upon Plaintiff Wind Options, LLC ("Wind Options" or "Plaintiff") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (the "Offer of Judgment");

**WHEREAS,** pursuant to its Offer of Judgment, DTI offered to have judgment entered against it and in favor of Wind Options in the amount of $20,000, <u>inclusive</u> of any and all attorney's fees and costs incurred by Wind Options;

**WHEREAS**, on August 22, 2008, Wind Options served upon DTI its Acceptance of DTI's Offer of Judgment (the "Acceptance");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 54(b), this Court finds that there is no just reason for delay and that final judgment should be entered in favor of Wind Options pursuant to the terms of DTI's Offer of Judgment;

**WHEREAS**, this Court finds that final judgment serves the equitable interests of the parties, as final judgment will avoid unreasonable delay and streamline any future litigation between the remaining parties in this matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of the Court enter final judgment in favor of Wind Options, LLC and against Diversified Technology, Inc. in the amount of $20,000, <u>inclusive</u> of all costs and attorney's fees incurred by Wind Options, LLC.

Dated: __11/18/08_____

_____
The Honorable George H. King
UNITED STATES DISTRICT COURT JUDGE