DAVID C. ALLEN (SBN 190479)
HYONGSOON KIM (SBN 257019)
dallen@akingump.com
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
dallen@akingump.com

E-FILED 11-18-08

Attorneys for Defendants TIER ELECTRONICS, LLC and DIVERSIFIED TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - ROYBAL FEDERAL BLDG

| | |
|---|---|
| WIND OPTIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAM INDUSTRIES, LLC; RAM INDUSTRIES, INC., a Pennsylvania Corporation; TIER ELECTRONICS, LLC; DIVERSIFIED TECHNOLOGY, INC., a Mississippi Corporation,<br><br>　　　　　　Defendants. | Case No. CIV 07-5931 GHK (AGRx)<br><br>**[PROPOSED] FINAL JUDGMENT AS TO TIER ELECTRONICS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)** |

This action having been commenced by Plaintiff Wind Options, LLC ("Plaintiff") on September 12, 2007, and defendant Tier Electronics, LLC ("Tier"), having appeared after personal service of summons on it, and having offered by notice in writing served on Plaintiff on August 12, 2008 to permit judgment against it for $50,000, <u>inclusive</u> of all costs and/or attorney's fees incurred by Plaintiff, and Plaintiff having accepted Tier's offer by notice in writing served on Tier on August 22, 2008; and the offer and notice of acceptance together with proof of service having been filed on September 5, 2008;

It is ordered that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final judgment is entered in favor of Wind Options, LLC and against Tier Electronics LLC in the amount of $50,000, <u>inclusive</u> of all costs and attorney's fees incurred by Wind Options.

Dated:
__11/18/08_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA